UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 5:21-cr-111-1 |
| | ) | |
| DANIEL TUCKER, | ) | (18 U.S.C. § 922(g)(9)) |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

1. On or about March 22, 2016, DANIEL TUCKER was convicted in Vermont state court of a misdemeanor crime of domestic violence.

2. On or about June 9, 2021, in the District of Vermont, the defendant DANIEL TUCKER, knowing that he had been convicted of a misdemeanor crime of domestic violence, knowingly possessed in and affecting commerce ten rounds of Armscor Cartridge Inc. .45 caliber ammunition.

(18 U.S.C. § 922(g)(9))

1

A TRUE BILL



FOREPERSON

*Nikolas P. Kerest*

NIKOLAS P. KEREST (GLW)
United States Attorney

Burlington, Vermont
December 16, 2021